From: Charles Bunton
Allred Unit, TDCJ # 1143771
2101 FM 369 North
Iowa Park, TX 76367

60,852-07

February 25, 2015

To: Court of Criminal Appeals of Texas
P.O. BOX 12308, Capitol Station
Austin, Texas 78711

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

MAR 02 2015

**Abel Acosta, Clerk**

Dear Clerk:

On March 14, 2014 in cause no. WR-60,852-07 my "Original application for writ of mandamus was received and presented to the Court." On April 2, 2014 "the Court... denied without written order <u>motion for leave to file</u>..."

This Court was aware that the requirement to file a "motion for leave to file" was repealed long before I filed my mandamus.

This Court should go back and rule on my mandamus WR-60,852-07. The Court has all of my documents — EXHIBITS, that I cannot afford to pay for anymore because I am indigent. This Court has done an injustice to me in this cause and should address the issues presented in the mandamus — VOID JUDGMENT from the 3rd C.O.A. where my conviction was wrongly affirmed on direct appeal.

Respectfully Submitted,

Charles Bunton